JAMES P. SHEA (State Bar No. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| YERVAND BOGARYAN, | NO. CV 10-4388 AN |
| Plaintiff, | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ORDERED that EAJA fees are awarded in the amount of two thousand dollars and no cents ($2,000.00), and costs in the amount of three hundred fifty dollars and no cents ($350.00), subject to the provisions of the EAJA.

Dated: January 13, 2011        /s/      ARTHUR NAKAZATO
                                ARTHUR NAKAZATO
                                UNITED STATES MAGISTRATE JUDGE